Entered on Docket December 20, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re:**<br>**GORDAN IVAR TURNQUIST**<br>**SUZANNE MICHELLE TURNQUIST**<br><br>**Debtors** | No. 17-41425-BDL<br><br>**ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtors are authorized to employ the law firm of Keller Rohrback, LLP as attorney in the general administration of a claim including but not limited to any claims against MultiCare Health System, its subsidiaries, related entities, and/or officers and employees, as well as any other related or affiliated parties related to the potential and actual exposure to Hepatitis C and other diseases at MultiCare Good Samaritan Hospital in Puyallup, Washington between August 4, 2017 and March 23, ~~2019~~ 2018 on behalf of the Joint Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958

in this bankruptcy proceeding pursuant to the rates provided in the Application and subject to further notice, hearing and order of the Court.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor