# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re<br><br>**GORDAN IVAR TURNQUIST**<br>**SUZANNE MICHELLE TURNQUIST**<br>_____ | **In Chapter 13 Proceeding**<br>**No. 17-41425-BDL**<br><br>**ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY APPOINT REALTOR AND**<br>**PAYOFF CHAPTER 13 BANKRUPTCY** |

It is ORDERED that the Debtor(s) Motion to Approve Sale of Real Property located at 22043 Plateau Ct SE, Yelm, WA 98597 for the amount of $280,000.00 is approved and Stephanie Crone is appointed as Realtor for the Debtors. It is further ordered that any mortgage(s), HOA dues and any other encumbrances as well as any additional costs, fees and commissions associated with the sale shall be paid from the proceeds of the sale and all remaining funds shall

be paid directly to the Chapter 13 Trustee from escrow to be used to pay towards all filed and

allowed claims and any administrative expenses to be applied for by separate motion.

///END OF ORDER///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958