Entered on Docket March 16, 2020

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re** | **In Chapter 13 Proceeding**<br>**No. 17-41425-BDL** |
| **GORDAN IVAR TURNQUIST**<br>**SUZANNE MICHELLE TURNQUIST** | **ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY APPOINT REALTOR AND PAYOFF CHAPTER 13 BANKRUPTCY** |

It is ORDERED that the Debtor(s) Motion to Approve Sale of Real Property located at 22043 Plateau Ct SE, Yelm, WA 98597 for the amount of $280,000.00 is approved and Stephanie Crone is appointed as Realtor for the Debtors. It is further ordered that any mortgage(s), HOA dues and any other encumbrances as well as any additional costs, fees and commissions associated with the sale shall be paid from the proceeds of the sale and all remaining funds shall

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958

be paid directly to the Chapter 13 Trustee from escrow to be used to pay towards all filed and allowed claims and any administrative expenses to be applied for by separate motion.

///END OF ORDER///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors

ORDER GRANTING MOTION TO
APPOINT REALTOR AND
APPROVE SALE AND DEBTOR(S) EXEMPTIONS

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958