# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

GORDAN IVAR TURNQUIST

SUZANNE MICHELLE TURNQUIST

Debtor(s).

Case No. 17-41425-BDL

ORDER APPROVING ATTORNEY'S COMPENSATION

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by ELLEN ANN BROWN ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of $3300.00 as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or

conversion.

/ / /End of Order/ / /

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB 27992
744 S Fawcett Ave
Tacoma, WA 98402
253-573-1958

Order Approving Attorney's Compensation
Local Forms W.D. Wash. Bankr., Form 13-10
Eff. 12/14